IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: SALUBRIO, LLC,<br>　　　*Debtor,*<br><br>DOUGLAS KEVIN SMITH,<br>　　　*Appellant,*<br><br>-vs-<br><br>SMITH TERRY,<br>　　　*Appellee* | §§§§§§§§§§§§§ | Case No. 5:22-cv-1191-XR<br><br>Bankruptcy Case No. 20-50578-rbk<br><br>Appeal of Adv. No. 22-05018-rbk |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

This appeal is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to Fed. R. Bankr. P. 8003(a)(2).

It is so **ORDERED**.

**SIGNED** this 11th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE